# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Omar Hernandez,

      Plaintiff

v.

Romeo Aranas, et al.,

      Defendants

Case No.: 2:18-cv-00102-JAD-PAL

**Order Directing Service**

On September 5, 2018, this court issued its screening order, stayed this case for 90 days, and directed the Attorney General's Office to advise the Court by September 26, 2018, whether it will enter a limited notice of appearance on behalf of defendants. [1] The court inadvertently omitted from that order the language directing the Clerk of the Court to serve the Attorney General's Office. This order now serves the Attorney General's Office and directs the Attorney General's Office to enter a limited notice of appearance on behalf of defendants for the purpose of settlement. No defenses or objections, including lack of service, will be waived as a result of the filing of the limited notice of appearance.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court IS DIRECTED TO electronically SERVE a copy of this order, a copy of the screening order (ECF No. 13), and a copy of plaintiff's complaint (ECF No. 14) on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

IT IS FURTHER ORDERED that **the Attorney General's Office must advise the court by October 31, 2018,** whether it will enter a limited notice of appearance on behalf of

---

[1] ECF No. 13.

defendants for the purpose of settlement. No defenses or objections, including lack of service, will be waived as a result of the filing of the limited notice of appearance.

IT IS FURTHER ORDERED that all deadlines in the September 5, 2018 order (ECF No. 13) are reset from this order.

Dated: October 10, 2018

_____
U.S. District Judge Jennifer A. Dorsey