UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OMAR HERNANDEZ,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>ROMEO ARANAS, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-00102-JAD-PAL<br><br>ORDER<br><br>(Mot for Subpoena – ECF No. 18)<br>(Mot for Discovery – ECF No. 19) |

This matter is before the court on plaintiff's Motion for Subpoena (ECF No. 18), and Motion for Discovery (ECF No. 19).

On September 5, 2018, the court entered an Order (ECF No. 13) which stayed this case for 90 days to give the parties an opportunity to settle in an early inmate mediation conference. The order expressly stated that "[d]uring this 90-day stay period, no other pleadings or papers shall be filed in this case, and the parties shall not engage in any discovery." An Inmate Early Mediation Conferene has been set for January 4, 2019.

Accordingly,

**IT IS ORDERED** that plaintiff's Motion for Subpoena (ECF No. 18) and Motion for Discovery (ECF No. 19) are **STRICKEN** as filed in violation of the court's order (ECF No 13).

DATED this 4th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1