# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Omar Hernandez, | Case No.: 2:18-cv-00102-JAD-BNW |
| Plaintiff | **Order Granting Motion to Extend Time to File First Amended Complaint** |
| v. | |
| Romeo Aranas, et al., | [ECF No. 48] |
| Defendant | |

Plaintiff Omar Hernandez asks for a 30-day extension of his deadline to file a first amended complaint. He explains that he needs the additional time because he has secured some help in preparing this document. Good cause appearing, IT IS HEREBY ORDERED that the motion to extend time **[ECF No. 48] is GRANTED. Hernandez's deadline to file his first amended complaint is extended to April 6, 2020.**

Hernandez also asks the court to take judicial notice of the fact that he is no longer in the custody of the Nevada Department of Corrections, but is serving time in Arizona. This is not a fact that is appropriate for judicial notice, so I decline to take judicial notice of it.

Finally, I advise Hernandez that he need not attach copies of documents (such as orders) already on file in this case to his future filings. Indeed, Local Rule IA 10-3(b) expressly states that "Copies of pleadings or other documents filed in the pending matter **must not be attached as exhibits or made part of an appendix.**"[1]

Dated: March 3, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] L.R. IA 10-3(b).